**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVID JOHNSON, | Case No. EDCV 12-1580 JFW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  May 5, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE